UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Andres Jimenez−Carranza, et al.
                                        Plaintiff,

v.                                      Case No.: 1:15−cv−06457
                                        Honorable Robert M. Dow Jr.

SBM Maintenance Contractors, Inc, et al.
                                        Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2015:

    MINUTE entry before the Honorable Robert M. Dow, Jr: On 8/26/2015, the Plaintiff filed a notice of voluntary dismissal [see 10]. Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), and the opposing parties having neither filed an answer or a motion for summary judgment, this action is dismissed in its entirety without prejudice. Civil case terminated. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.